UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS ANDRES FUENTES,

    Plaintiff,

    v.

LT CLAN JACOBS *et al.*,

    Defendants.

Case No. C05-5579RBL

ORDER TO PROVIDE SERVICE DOCUMENTS

    Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has not provided adequate service documents. There are ten named defendants in this action and plaintiff has only provided filled out marshal service forms for four of the defendants. The court still needs forms for defendants Martin, Espino, Maynard, Price, Larsen, and Watts. In addition the court needs copies of the complaint for all defendants. The Clerk is directed to send plaintiff six service forms.

    Plaintiff will fill out the forms and return them along with ten copies of the complaint so the court can attempt service by mail. The documents must be returned on or before **November 18th 2005** or the court will recommend dismissal for failure to prosecute.

    The Clerk is directed to send a copy of this Order and the service forms to plaintiff and note this matter for **November 18th, 2005.**

    DATED this 7th day of October, 2005.

                        */S/ J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER